IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CORTEZ DARNELL WALTERS,** )<br>)<br>**Plaintiff,** )<br>)<br>v.  )<br>)<br>**LAW LIBRARY PAULA, UNITED** )<br>**MANAGER DANNY, CASE** )<br>**MANAGER, ASSISTANT WARDEN,** )<br>**et al.,** )<br>)<br>**Defendants.** ) | CIV-06-268-R |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered May 5, 2006. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and the Complaint of Plaintiff Cortez Darnell Walters is DISMISSED without prejudice for failure to comply with orders of the Court and, alternatively, pursuant to 28 U.S.C. §§ 1915A(a) and 1915(e)(2)(B) for failure to state a claim for relief and for failure to demonstrate exhaustion of administrative remedies as required as required by 42 U.S.C. § 1997e(a). Plaintiff is advised that dismissal herein pursuant to 28 U.S.C. § 1915A or § 1915(e)(2)(B) constitutes one "strike" pursuant to 28 U.S.C. § 1915(g).

**It is so ordered this 13th day of July, 2006.**

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE